IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Babatunde Kolawole<br>    Plaintiff | *<br>*<br>* |
| vs. | * Civil Action No. 17-1284<br>* |
| Alfio's, LLC, et al<br>    Defendant | *<br>* |

## AFFIDAVIT OF SERVICE

I, Leslie deLaViez, do solemnly swear under the penalties of perjury that the following facts are true and correct and based upon my personal knowledge:

1. I am over the age of eighteen, am competent to testify and am not a party to this action.

2. On October 16, 2017, I served the summons and complaint issued herein, by certified mail, the summons and complaint on Alfio's, LLC, per order of this Court, upon the State Department of Assessments and Taxation, Corporate Charter Division, 301 W. Preston St., Room 801, Baltimore, MD 21201.

Leslie deLaViez
Assistant to Richard S. Basile
6305 Ivy Lane, Suite 416
Greenbelt, MD 20770