Case 8:17-cv-01284-GJH    Document 19-1    Filed 11/03/17    Page 1 of 2

# USPS Tracking® Results

**Track Another Package +**

Remove ✕

**Tracking Number:** 70133020000162723128

▶        ▶        ▶    Delivered

**Expected Delivery on:** Friday, October 20, 2017 by 8:00pm ⓘ

## Product & Tracking Information

See Available Actions

**Postal Product:**

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **October 20, 2017, 12:24 pm** | **Delivered, Left with Individual** | **BALTIMORE, MD 21201** |
| | ▲ | |
| | Your item was delivered to an individual at the address at 12:24 pm on October 20, 2017 in BALTIMORE, MD 21201. | |
| October 19, 2017, 2:09 pm | Available for Pickup | BALTIMORE, MD 21201 |
| October 19, 2017, 12:30 pm | Arrived at Unit | BALTIMORE, MD 21202 |
| October 19, 2017, 6:43 am | Departed USPS Regional Facility | BALTIMORE MD DISTRIBUTION CENTER |

See More ⌄

## Available Actions

**Text & Email Updates**    ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**



# IN THE UNITED STATES DISTRICT COURT
### For the District of Maryland

Babatunde Kolawole
  Plaintiff

vs.                                             * Civil Action No: 17-1284

Alfio's LLC, et al
  Defendants

## ORDER

Upon consideration of Plaintiff's Motion for Service on State Department of Assessments and Taxation, it is by the United States District Court for the District of Maryland, hereby

ORDERED, that service of the summons and complaint be effected by serving defendant, Alfio's LLC by service upon the State Department of Assessments and Taxation.

_____
Judge                        10/11/2017